IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STACIA RENFORD,<br>an individual,<br>100 First St. SE, Apt. 1416<br>Washington, D.C. 20003<br><br>    Plaintiff,<br><br>    v.<br><br>CAPITAL ONE AUTO FINANCE,<br>a division of Capital One, N.A.<br>c/o John Sadler,<br>Ballard Spahr LLP<br>1909 K Street NW, 12th Floor<br>Washington, D.C. 20006<br><br>    Defendant.<br>_____/ | CASE NO.:<br><br><br><br><br><br>[formerly Superior Court of the<br>District of Columbia<br>[Case No. 2021CA2862B] |

## NOTICE OF REMOVAL

Defendant Capital One Auto Finance, a division of Capital One N.A. ("Capital One"), hereby removes Case No. 2021CA862B from the Superior Court of the District of Columbia, to the United States District Court, District of Columbia, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and as grounds for their removal state as follows:

### I.  STATEMENT OF CASE[1]

1.   On or about July 21, 2021, Plaintiff Stacia Renford ("Plaintiff") filed a Complaint in the Superior Court of the District of Columbia styled *Stacia Renford v. Capital One Auto Finance* Case No. 2021CA2862B (the "State Court Action").

---

[1] A true and correct copy of the docket from the State Court Action is attached hereto as Exhibit A.

2. Although Plaintiff filed the Complaint on July 21, 2021, Plaintiff did not serve Capital One with a copy of the same until August 19, 2021.

3. Capital One has not taken any action in the State Court Action.

4. The Complaint purports to assert several federal causes of action based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA") and the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, (the "TCPA").

## II.   FEDERAL QUESTION JURISDICTION PURSUANT TO 28 U.S.C. § 1331

5. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, which provides: "[t]he district courts shall have original jurisdiction of all civil actions, arising under the Constitution, laws, or treaties of the United States." *See* 28 U.S.C. § 1331.

6. Plaintiff's alleged claim in the State Court Action arises pursuant to federal law, *i.e.*, the FDCPA, 15 U.S.C. § 1692 *et seq.* and the TCPA, 47 U.S.C. § 227 *et seq.*  Thus, this action states a basis for original subject matter jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. § 1692, and, therefore, this removal is pursuant to 28 U.S.C. § 1441(a).

## III.   ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

7. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings, documents, and process from the State Court Action available to Capital One has been attached to this Notice of Removal.

8. Removal is timely in accordance with 28 U.S.C. § 1441(b).  Specifically, this removal has been filed within thirty (30) days of service of the Complaint upon Capital One.

9. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) and 1446(a) because the United States District Court for the District of Columbia is the federal judicial district embracing the Superior Court of the District of Columbia.

10. Pursuant to 28 U.S.C. § 1446(d), Capital One will promptly file a copy of this Notice of Removal in the State Court Action and provide written notice of the removal to Plaintiff.

11. By filing this Notice of Removal, Capital One does not waive any objections it may have as to service, jurisdiction or venue, or any other defenses or objections it may have to this action.  Capital One intends no admission of fact, law or liability by this Notice and expressly reserves all defenses, motions, and/or pleas.

12. If any questions arise as to the propriety of the removal of this action, Capital One requests the opportunity to submit a brief and present oral argument in support of its position that this case has been properly removed.  *See Sierminski v. Transouth Fin. Corp.*, 216 F.3d 945, 949 (11th Cir. 2000).

Dated: September 9, 2021

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *John D. Sadler*
John D. Sadler, Esq.
VA Bar No. 80026
sadlerj@ballardspahr.com
1909 K Street, 12th Floor
Washington, DC 20006-1157
Phone: (202) 661-7659
Fax:    (202) 661-2299

*Attorneys for Defendant,
Capital One Auto Finance*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished, via ECF and email upon the following:

Stacia Renford
1100 First Street SE, Apt. 1416
Washington, DC 20003
(410) 725-3962
staciadstl@hotmail.com

*Pro Se Plaintiff*

                                            /s/ *John D. Sadler*
                                            John D. Sadler, Esq.